GEORGE NAYLOR, JR., et al., Appellants, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Naylor v. N. Y. C. & H. R. R. R. Co.*, 127 App. Div. 921, affirmed.
(Argued October 13, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint in an action to compel defendant to provide access across its right of way so as to permit plaintiffs to enjoy riparian rights in the Hudson river to which they claim to be entitled.

*Nathan P. Bushnell* for appellants.

*George II. Walker* and *Albert II. Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.